No. 98–9514.  IN RE TAYLOR.  Petition for writ of habeas corpus denied.

No. 98–1682.  UNITED STATES ET AL. *v.* PLAYBOY ENTERTAINMENT GROUP, INC.  Appeal from D. C. Del.  Probable jurisdiction noted.

No. 98–1255.  UNITED STATES *v.* MARTINEZ-SALAZAR.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 97–1892.  BILZERIAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–495.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–1041.  WHITBURN, SECRETARY, WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES, ET AL. *v.* ADDIS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–1089.  HAMILTON AMUSEMENT CENTER, T/A VIDEO EXPRESS, ET AL. *v.* VERNIERO, ATTORNEY GENERAL OF NEW JERSEY, ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 98–1273.  VAN DYKEN *v.* DAY, DIRECTOR, MONTANA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 98–1324.  SWARTZ *v.* INTERNAL REVENUE SERVICE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 98–1330.  APPALACHIAN POWER CO. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–1481.  KOSTER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.